IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-30825-maw |
| Douglas P. Fay | ) | Judge Mary Ann Whipple |
| Debtor | ) | **RESPONSE TO HEARING ORDER** |
| | ) | Matthew B. Bryant (0085991) BRYANT LEGAL, LLC |
| | ) | 6600 W Sylvania Ave., Suite 260 Sylvania, OH 43560 |
| | ) | Telephone: (419) 824-4439 Fax: (419) 932-6719 |
| | ) | Email: Mbryant@BryantLegalLLC.com |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW COMES** Douglas P. Fay, the Chapter 7 Debtor in this case, by and through his undersigned counsel, who hereby submits his response to the Hearing Order in this case. Debtor, while previously proceeding pro se, erroneously believed that he had satisfied the credit counseling requirement to be a qualified Debtor under the Code. However, while Debtor took the course, he did not complete the final steps to receive the actual certificate of credit counseling. As such, Debtor seeks in his current Expedited Motion for Reconsideration that the 180 day limitation on re-filing be removed, given the circumstances that he faced in the Allen County action during the pendency of these proceedings. Debtor has since paid the balance of his filing fee.

Respectfully submitted,

BRYANT LEGAL, LLC

1

/s Matthew B. Bryant
Matthew B. Bryant (0085991)
Attorney for Douglas P. Fay

## CERTIFICATION

I certify that on May 3, 2016, a true and correct copy of the foregoing Response to Hearing Order was served electronically or by ordinary U.S. Mail, postage prepaid, this day, as follows:

Electronically:

The U.S. Trustee

Bruce C. French, the Chapter 7 Trustee, at brucecfrench@earthlink.net

Matthew B. Bryant on behalf of Debtor
mbryant@bryantlegalllc.com, matthew@mockltd.com

Ordinary Mail:

See attached mailing matrix

/s/ Matthew B. Bryant
Matthew B. Bryant
Counsel for Debtor