| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-3<br>Case 16-30825-maw<br>Northern District of Ohio<br>Toledo<br>Tue May  3 11:00:28 EDT 2016 | United States Bankruptcy Court<br>1716 Spielbusch Ave    Room 411<br>Toledo, OH 43604-5384 | Allen County Clerk of Courts<br>PO Box 1243<br>Lima, OH 45802-1243 |
| American Coradius Internatinal, LLC<br>35A Rust Lane<br>Boerne, TX 78006-8202 | Bluffton Aeration<br>9485 Shifferly Rd<br>PO Box 209<br>Bluffton, OH 45817-0209 | Charles L Butts, DDS Inc.<br>2721 Shawnee Rd<br>Lima,OH 45806-1444 |
| Cleveland Clinic<br>PO Box 89410<br>Cleveland, OH 44101-6410 | Computer Collection Services, Inc.<br>640 W 4th St<br>PO Box 5233<br>Winston-Salem, NC 27113-5233 | Daven Stedke<br>1359 E Hanthorn Rd<br>Lima, OH 45804-3933 |
| Dotson Plumbing and Heating<br>100 W Market St<br>Cridersville, OH 45806 | EPNO<br>PO Box 88087<br>Chicago, IL 60680-1087 | Esurance<br>PO Box 55126<br>Boston, MA 02205-5126 |
| Fortune Accounting<br>1825 Allentown Rd<br>Lima, OH 45805-1846 | Huffman, Kelley Brock and Gottschalk<br>540 W. Market<br>Lima, OH 45801-4718 | Hume Supply<br>1359 E Hanthorn Rd<br>Lima, OH 45804-3933 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Integrity Excavating II LLC<br>Robert S Roby<br>30 Northwoods Blvd, #300<br>Columbus, OH 43235-4708 | JP Recovery Services<br>PO Box 16749<br>Rocky River, OH 44116-0749 |
| Keybridge<br>PO Box 1568<br>Lima, OH 45802-1568 | Lima Brace and Limb<br>PO Box 569<br>Lima, OH 45802-0569 | Lima Memorial Hospital<br>PO Box 713223<br>Columbus, OH 43271-3223 |
| MBA Law<br>2222 Texoma Pkwy #160<br>Sherman, TX 75090-2482 | Mercy Health<br>PO Box 1279<br>Oaks, PA 19456-1279 | NorthWest Ohio Medical Equipment<br>1749 Tiffin Ave<br>Findlay, OH 45840-6833 |
| Office of Ohio Attorney General<br>150 E Gay St<br>Columbus, OH 43215-3130 | Ohio Bureau of Workers' Compensation<br>PO Box 89492<br>Cleveland, OH 44101-6492 | Ohio Dept of Human Svcs<br>200 W Market St<br>Lima, OH 45801-4820 |
| Ohio Dept of Job & Family Svcs<br>PO Box 182404<br>Columbus, OH 43218-2404 | Orthopedic Institute of Ohio<br>801 Medical Drive<br>Lima, OH 45804-4031 | Performant Recovery<br>PO Box 9054<br>Pleasanton, CA 94566-9054 |

| | | |
|---|---|---|
| Pioneer Credit Recovery<br>26 Edward St<br>Arcade, NY 14009-1012 | RRR Service<br>13851 Cemetary Rd<br>Wapak, OH 45895-8479 | Radisphere<br>3200 Wilcrest Dr #600<br>Houston, TX 77042-6000 |
| Select Portfolio Svcs<br>38115 S West Temple Ste 2000<br>Salt Lake City, UT 84115 | Stacey Fay<br>2290 Koop Rd<br>Lima, OH 45805 | State of Ohio<br>PO Box 182404<br>Columbus, OH 43218-2404 |
| Wabash Garbage Inc.<br>PO Box 625<br>Celina, OH 45822-0625 | Bruce C. French<br>PO Box 839<br>Lima, OH 45802-0839 | Douglas Paul Fay<br>3325 Wilbur Dr<br>Lima, OH 45805-4504 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Ogden, UT 84201

End of Label Matrix
Mailable recipients    38
Bypassed recipients     0
Total                  38